# United States District Court
# For the District of Columbia

FILED
CO-386-online
AUG 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Biodiversity Conservation Alliance, et al. )
)
)            Plaintiff    )     CASE NUMBER   1:06CV01489
vs                                )     JUDGE: Richard J. Leon
)     DECK TYPE: Administrative Agency Review
Kempthorne, et al.                )     DATE STAMP: 08/24/2006
)            Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Biodiversity Conservation Alliance, Center for Native Ecosystems, Jeremy Nichols__ which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
James B. Dougherty

Signature

**939538**
BAR IDENTIFICATION NO.

Print Name
James B. Dougherty

Address
**709 3rd St. SW**
City        State       Zip Code

**Washington DC 20024**
Phone Number

2