IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Biodiversity Conservation Alliance, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) | Civ. No. 06-01489 (RJL) |
| Dirk Kempthorne, et al. | ) ) ) | |
| Defendants. | ) ) | |

**Notice of Voluntary Dismissal of Action**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby file notice that they voluntarily dismiss, without prejudice to renew, this action and all of Plaintiffs' claims regarding the negative 90-day finding made by the U.S. Fish & Wildlife Service for the Black Hills Distinct Vertebrate Population Segment of American Dipper (*Cinclus mexicanus uniclor*), as published in the January 26, 2006 Federal Register, 71 Fed. Reg. 4341-44. The parties shall bear their own costs and attorneys' fees.

Proceeding by notice of dismissal is proper where, as here, notice is filed "before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

Dated: August 31, 2006

/s/ *James B. Dougherty*
_____
James B. Dougherty, D.C. Bar No. 939538
709 3rd Street, SW
Washington, D.C. 20024
Telephone: 202-488-1140
Facsimile: 202-488-1789